UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

NICHOLAS MARTONE, WAYNE MASKIELL,
MICHAEL DRAGONE, PETER MUSCHTER,
THOMAS MILLER and CHARLES LAMANTIA, as
Trustees of the UNITED UNION OF ROOFERS,
WATERPROOFERS AND ALLIED WORKERS
LOCAL 154 WELFARE, PENSION, ANNUITY and
APPRENTICESHIP AND TRAINING FUNDS,

JUDGMENT
06-CV- 4812 (JG)

**FILED**

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 29 2006 ★

BROOKLYN OFFICE

Plaintiffs,

-against-

JERICHO CONSTRUCTION INC.,

Defendant.

-------------------------------------------------------------------X

An Order of Honorable John Gleeson, United States District Judge, having been

filed on December 22, 2006, granting plaintiffs' motion for a default judgment; and directing

the Clerk of Court to enter of judgment in the amount of $68,583.66 plus interest at the legal

rate effective today; it is

ORDERED and ADJUDGED that plaintiffs' motion for a default judgment is

granted; and that judgment is hereby entered in favor of plaintiffs, Nicholas Martone, Wayne

Maskiell, Michael Dragone, Peter Muschter, Thomas Miller and Charles Lamantia, as

Trustees of the United Union of Roofers, Waterproofers and Allied Workers Local 154

Welfare, Pension, Annuity and Apprenticeship and Training Funds, and against defendant,

Jericho Construction Inc., awarding $68,583.66 plus interest at the legal rate effective today.

Dated: Brooklyn, New York
       December 28, 2006

s/Robert C. Heinemann
_____
ROBERT C. HEINEMANN
Clerk of Court